# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-9277 PLA | Date | May 4, 2021 |
|---|---|---|---|
| Title | Whitaker v. Sensu, Inc. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: SANCTIONS

1. Chief Judge Abrams referred this matter to Judge Wilner for settlement proceedings. (Docket # 78.) After a number of preliminary calls with the parties' lawyers, Judge Wilner set the matter for a video settlement conference last month. The Court's order directly stated that "Mr. Whitaker, a principal of Sensu, and the lead trial attorneys will all participate" in the hearing. (Docket # 83, 84.)

2. The lawyers and the store owner appeared at the conference. Plaintiff Whitaker – an experienced litigant in our district – did not. Moreover, during the video conference, his attorney (Elliott Montgomery) was unable to contact his client to have him participate.

3. The case did not settle during the video hearing with Judge Wilner or in subsequent discussions between the lawyers.

4. Mr. Whitaker is ordered to show cause why he should not be personally sanctioned for his failure to appear at the settlement conference. Plaintiff will submit a sworn declaration explaining that failure by noon on Monday, May 10.

5. The Court will hold a video hearing on the OSC on Monday, May 17, at 9:30 a.m. Mr, Whitaker and Mr. Montgomery will appear at the hearing. Mr. Montgomery is _not_ facing sanctions at present. However, he will explain to the Court why he appeared at the conference as a "lead trial attorney" when he: (a) is _not_ listed on the Court's docket for this case; and (b) did _not_ sign the trial readiness status report submitted to Chief Judge Abrams. (Docket # 88.)

6. No appearance will be required from the defense.