JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN WHITAKER, | ) | No. CV 19-9277-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SENSU, INC., | ) | |
| Defendant. | ) | |

    Pursuant to the Court's Findings of Fact and Conclusions of Law, the Court **grants** judgment in favor of defendant.  Plaintiff failed to meet his burden of establishing that defendant discriminated against plaintiff by failing to have an ADA-compliant sales counter. Thus, defendant is not liable to plaintiff under either the ADA or the California Unruh Civil Rights Act.

DATED: December 9, 2021

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES DISTRICT JUDGE